IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL SPRATLEY,

    Plaintiff,

vs.

    Civil Action No.: 06-747

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

ORDER

NOW this 5th day of Feb, 2007, it is hereby

ORDERED that the above titled matter is DISMISSED.

_____
US District Judge